10-14234

Williams, Leslie Ann

**BANK OF AMERICA, N.A.**  CHECK NUMBER

Claim 000004, Payment 18.57%
B-Real, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1007**

| DATE | AMOUNT |
|---|---|
| 09/01/11 | ************4.27 |

Acct. 2886    **1939968**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-14234    A | Debtor: WILLIAMS, LESLIE ANN |
| | ~~Joint Debtor: WILLIAMS JR., JEFFERY GLENN~~ |

United States Bankruptcy Court
LA
500 Poydras St - B-601
New Orleans, LA 70130

*Four Dollars And 27/100*

*Barbara Rivera-Fulton*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000121⑈ 443798006⑈

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229050      - KW
* * C O P Y * *
September 06, 2011
    15:19:00

UNC.UNDER$25
   10-14234
Debtor.: LESLIE ANN WILLIAMS
Trustee: Barbara Rivera-Fulton
Amount.:           $4.27 CH
Check#.: 1007




Total-> $4.27



FROM: RIVERA FULTON
```

Deposited 9/6/11 to
106000

Due:

B-Real, LLC

Vogel